| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>North Toledo Graphics, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-0849591 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5225 Telegraph Road<br>Toledo, OH<br>ZIP Code 43612 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lucas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | North Toledo Graphics, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
North Toledo Graphics, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X   /s/ Leon N. Mayer
Signature of Attorney for Debtor(s)

Leon N. Mayer (P54290)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Address

                    Email: lnmayer@schaferandweiner.com
(248) 540-3340
Telephone Number

February 13, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Gregory A. Tremonti
Signature of Authorized Individual

Gregory A. Tremonti
Printed Name of Authorized Individual

General Manager
Title of Authorized Individual

February 13, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Ohio

In re    North Toledo Graphics, LLC          Case No. _____

Debtor(s)          Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BENGAL PAPER & CONVERTING<br>1155 MAIN ST.<br>LINFIELD, PA 19468 | Scott<br>BENGAL PAPER & CONVERTING<br>1155 MAIN ST.<br>LINFIELD, PA 19468<br>610-245-5900/FAX 610-546-4405 | TRADE DEBT | | 21,331.68 |
| BRIDGE VIEW PAPER CO LLC<br>ATTN: FRED HERMAN<br>6101 TACONY STREET<br>PHILADELPHIA, PA 19135 | mcamm@bridgeviewpaper.com<br>BRIDGE VIEW PAPER CO LLC<br>6101 TACONY STREET<br>PHILADELPHIA, PA 19135<br>215-992-8990/FAX 215-992-0148 | TRADE DEBT | | 47,143.33 |
| CARDINAL STAFFING SERVICES<br>ATTN: ACCT. DEPT.<br>P.O. BOX 716<br>MIDTOWN STATION<br>NEW YORK, NY 10018-0716 | corporate@cardinalservicesinc.com<br>CARDINAL STAFFING SERVICES<br>1721 INDIANWOOD CIRCLE<br>MAUMEE, OH 43537<br>419-893-5400/FAX 419-893-8640 | TRADE DEBT | | 171,038.65 |
| COLUMBIA GAS OF OHIO INC.<br>P.O. BOX 742510<br>CINCINNATI, OH 45274-2510 | Cindy Huddle; 614-460-6371<br>COLUMBIA GAS OF OHIO INC.<br>REVENUE RECOVERY<br>200 CIVIC CENTER DRIVE<br>COLUMBUS, OH 43216-2318<br>800-344-4077 | TRADE DEBT/UTILITY | | 76,462.08 |
| EDGEWOOD PAPER CO, INC.<br>115A FLORAL VALE BLVD<br>YARDLEY, PA 19067-5529 | Darrin Check<br>EDGEWOOD PAPER CO, INC.<br>115A FLORAL VALE BLVD<br>YARDLEY, PA 19067-5529<br>215-968-6900/FAX 215-968-1805 | TRADE DEBT | | 426,451.98 |
| FAIRRINGTON TRANSPORTATION CORP<br>ATTN: TIM FLOUNDERS<br>553 SOUTH JOLIET<br>BOLINGBROOK, IL 60440 | tflounders@fairrington.com<br>FAIRRINGTON TRANSPORTATION CORP<br>553 SOUTH JOLIET<br>BOLINGBROOK, IL 60440<br>630-783-9200 | TRADE DEBT | | 91,053.49 |

In re   North Toledo Graphics, LLC                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FIRST ENERGY<br>P.O. BOX 3622<br>AKRON, OH 44309-3622 | Jennifer Hart; 216-736-7208<br>FIRST ENERGY SOLUTIONS CORP<br>76 SOUTH MAIN STREET<br>AKRON, OH 44308<br>800-977-0500 | TRADE DEBT/UTILITY | | 127,512.93 |
| G.E. RICHARDS GRAPHIC SUPPLIES<br>P.O. BOX 339<br>LANDISVILLE, PA 17538-0339 | support@gerichards.com<br>G.E. RICHARDS GRAPHIC SUPPLIES<br>ATTN: FRANK<br>928 LINKS AVE.<br>LANDISVILLE, PA 17538-0339<br>717-898-3151 | TRADE DEBT | | 61,847.25 |
| GAMMERLER CORPORATION<br>ATTN: SHERRY LUNDGREN<br>431 LAKEVIEW CT, STE B<br>MT PROSPECT, IL 60056 | clay.bruneman@gammerler.com<br>GAMMERLER CORPORATION<br>431 LAKEVIEW CT, STE B<br>MT PROSPECT, IL 60056<br>224-361-8300/FAX 224-361-8301 | TRADE DEBT | | 27,038.20 |
| GOSS GRAPHIC SYSTEMS, INC.<br>P.O. BOX 535055<br>ATLANTA, GA 30353-5055 | mike.shaw@gossinternational.com<br>GOSS GRAPHIC SYSTEMS, INC.<br>121 TECHNOLOGY DR.<br>DURHAM, NH 03824<br>603-781-3268 | TRADE DEBT | | 33,476.79 |
| GRAPHIC INNOVATORS INC.<br>33694 TREASURY CENTER<br>CHICAGO, IL 60694-3600 | info@graphicinnovators.com<br>GRAPHIC INNOVATORS INC.<br>855 MORSE AVE.<br>ELK GROVE VILLAGE, IL 60007<br>847-718-1516/FAX 847-718-1517 | TRADE DEBT | | 30,312.20 |
| HARTE-HANKS LOGISTICS, LLC<br>P.O. BOX 944688<br>DALLAS, TX 75391-1688 | rosamonde.taylor@hartehanks.com<br>HARTE-HANKS LOGISTICS, LLC<br>1525 NW 3rd STREET, STE. 21<br>DEERFIELD BEACH, FL 33442<br>954-429-3371x330 | TRADE DEBT | | 142,982.94 |
| J & K INVESTMENTS<br>ATTN: JEFF ZIEGLER<br>3185 DEER CREEK<br>LAMBERTVILLE, MI 48144 | jeffmziegler@hotmail.com<br>J & K INVESTMENTS<br>3185 DEER CREEK<br>LAMBERTVILLE, MI 48144<br>419-872-4653 | | | 124,203.04 |
| KELLY SERVICES<br>P.O. BOX 820405<br>PHILADELPHIA, PA 19182-0405 | donm763@kellyservices.com<br>KELLY SERVICES<br>999 WEST BIG BEAVER ROAD<br>TROY, MI 48084-4782<br>248-362-4444/248-273-8922 | TRADE DEBT | | 32,796.20 |
| NFOCUS CONSULTING, INC.<br>1594 HUBBARD DRIVE<br>LANCASTER, OH 43130-8124 | troush@n-focus.com<br>NFOCUS CONSULTING, INC.<br>1594 HUBBARD DRIVE<br>LANCASTER, OH 43130-8124<br>740-654-5809x104 | TRADE DEBT | | 20,927.13 |

In re   North Toledo Graphics, LLC                         Case No. _____

                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| OHIO ADDRESSING MACHINE CO. 3040 PROSPECT AVE. CLEVELAND, OH 44115-2684 | paulc@oamequipment.com OHIO ADDRESSING MACHINE CO. 3040 PROSPECT AVE. CLEVELAND, OH 44115-2684 216-391-3000/FAX 216-391-3820 | TRADE DEBT | | 60,057.41 |
| PNC BANK NATIONAL CITY BANK P.O. BOX 856177 LOUISVILLE, KY 40285-6177 | PNC BANK/NATIONAL CITY BANK ONE PNC PLAZA 249 FIFTH AVENUE PITTSBURGH, PA 15222-2707 877-287-2654 | | | 21,404.48 |
| PRIORITY LOGISTIC SERVICES, INC. ATTN: JAN DUCAJ P.O. BOX 1745 SPRING HILL, TN 37174 | info@prioritylogistic.com PRIORITY LOGISTIC SERVICES, INC. P.O. BOX 1745 SPRING HILL, TN 37174 615-435-2940/931-489-0024 | TRADE DEBT | | 50,920.86 |
| SUPERIOR PACKAGING OF TOLEDO LLC 2970 AIRPORT HWY. TOLEDO, OH 43609 | ar.superiorpkg@hotmail.com SUPERIOR PACKAGING OF TOLEDO LLC 2970 AIRPORT HWY. TOLEDO, OH 43609 419-380-9060/FAX 419-380-3315 | TRADE DEBT | | 29,668.00 |
| TOLEDO EDISON P.O. BOX 3638 AKRON, OH 44309-3638 | Buffy Poddan 419-249-5350 TOLEDO EDISON, a subsidiary of FIRST ENERGY CORP 76 SOUTH MAIN STREET AKRON, OH 44308 800-447-3333/800-447-5350 | TRADE DEBT/UTILITY | | 357,737.30 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   February 13, 2015                   Signature   /s/ Gregory A. Tremonti
                                                              Gregory A. Tremonti
                                                              General Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of Ohio

In re     North Toledo Graphics, LLC                                  ,      Case No. _____

                                                   Debtor

                                                                    Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Melanie Tremonti<br>8728 Willow Pond Blvd.<br>Sylvania, OH 43560 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ February 13, 2015 _____       Signature _/s/ Gregory A. Tremonti_____

                                                              Gregory A. Tremonti

                                                              General Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>  0  </u>  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Ohio

In re    North Toledo Graphics, LLC                              Case No. _____

                                          Debtor(s)                       Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 13, 2015                      /s/ Gregory A. Tremonti

                                                Gregory A. Tremonti/General Manager
                                                Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

ACCURATE WEB PARTS
P.O. BOX #28
LOCKPORT, IL 60441-0028


ADD-JET TECHNOLOGIES LLC
11930 OAKWOOD LANE
CHESTERLAND, OH 44026


ADVANCED TIME MANAGEMENT
2663 44TH STREET SW
SUITE 106
GRAND RAPIDS, MI 49519


AERO FILTER, INC.
1604 E AVIS DR
MADISON HEIGHTS, MI 48071-1501


AIR STAMPING, INC.
THREE LEGEND PARK
P.O.BOX 568
EFFINGHAM, IL 62401


AIR TECHNOLOGIES
P.O. BOX 73278
CLEVELAND, OH 44193


AIRGAS GREAT LAKES
P.O. BOX 802576
CHICAGO, IL 60680-2576


ALLIED EAGLE SUPPLY COMPANY
1801 HOWARD STREET
DETROIT, MI 48216


ALNI LTD.
2780 AIRPORT DRIVE
SUITE 342, BOX 1
COLUMBUS, OH 43219


ANDERSEN MATERIAL HANDLING
30575 ANDERSEN CT.
WIXOM, MI 48393-1015

ANKENBRANDT, VIVIAN
1312 SIERRA DRIVE
OREGON, OH 43616


ARAMARK
22512 NETWORK PLACE
CHICAGO, IL 60673-1225


ARAMARK UNIFORM SERVICES
5120 ADVANTAGE DR.
TOLEDO, OH 43612


AUTOMATION & CONTROL TECHNOLOGIES, LTD.
28210 CEDAR PARK BLVD.
PERRYSBURG, OH 43551


BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019


BENGAL PAPER & CONVERTING
1155 MAIN ST.
LINFIELD, PA 19468


BILL SCHNEIDER, INC
S84 W.18753 SATURN DR.
MUSKEGO, WI 53150-9267


BRADEN SUTPHIN INK COMPANY
ATTN: LIZ BRANSON
3650 E. 93rd STREET
CLEVELAND, OH 44105


BRECKENRIDGE PAPER & PACKAGING
P.O. BOX 429
HURON, OH 44839


BRIDGE VIEW PAPER CO LLC
ATTN: FRED HERMAN
6101 TACONY STREET
PHILADELPHIA, PA 19135


BUTLER, HARLEY
607 GROVE
HUDSON, MI 49247

CARDINAL STAFFING SERVICES
ATTN: ACCT. DEPT.
P.O. BOX 716
MIDTOWN STATION
NEW YORK, NY 10018-0716


CAVALIER-PAETEC
PO BOX 9001111
LOUISVILLE, KY 40290-1111


CEIL ENTERPRISES, INC.
456 WEST AVE.
TALLMADGE, OH 44278


CENTRAL GRAPHICS INC.
1302 ENTERPRISE DRIVE
ROMEOVILLE, IL 60446


COLONIAL SIGN & DISPLAY CO.
5260 LEWIS AVE.
TOLEDO, OH 43612-3150


COLUMBIA GAS OF OHIO INC.
P.O. BOX 742510
CINCINNATI, OH 45274-2510


COMBUSTION CONTROLS
3132 WILFORD DR.
TOLEDO, OH 43617


COMMERCIAL WATERWORKS
113 PLEASANT ST.
WALBRIDGE, OH 43465


CONTINENTAL WEB PRESS
P.O. BOX 203941
DALLAS, TX 75320-3941


D.F. BROPHY & SON INC
91 MILL STREET
P.O. BOX 1085
BURLINGTON, MA 01803

DAYTON MAILING SERVICES
PO BOX 2436
DAYTON, OH 45401-2436


DEPARTMENT OF PUBLIC UTILITIES
OHIO BUILDING
420 MADISON AVE. STE. 100
TOLEDO, OH 43667-0001


DIRECT ENERGY SERVICES LLC
1001 LIBERTY AVE. FLOOR 13
PITTSBURGH, PA 15222


DOMESTIC UNIFORM RENTAL
3800 18TH ST.
DETROIT, MI 48208


DYC SUPPLY
P.O. BOX 824226
PHILADELPHIA, PA 19182-4226


ECHO GLOBAL LOGISTICS
ACCOUNTS RECEIVABLE
22168 NETWORK PLACE
CHICAGO, IL 60673-1221


EDGEWOOD PAPER CO, INC.
115A FLORAL VALE BLVD
YARDLEY, PA 19067-5529


EMC TRANSPORTATION
PO BOX 536056
PITTSBURGH, PA 15253-5902


EMT INTERNATIONAL
780 CENTERLINE DRIVE
HOBART, WI 54155


EXECUTONE COMMUNICATIONS SYSTEMS
3315 CENTENNIAL RD. STE J
SYLVANIA, OH 43560-9419


EXPEDITED FREIGHT SYSTEM, INC.
4801 68TH AVE
KENOSHA, WI 53144

```
EXPRESS CARD AND LABEL CO., INC
P.O. BOX 4247
TOPEKA, KS 66604-0247


FAIRRINGTON TRANSPORTATION CORP
ATTN: TIM FLOUNDERS
553 SOUTH JOLIET
BOLINGBROOK, IL 60440


FED EX FREIGHT
P.O. BOX 223125
PITTSBURGH, PA 15250-2125


FIRST ENERGY
P.O. BOX 3622
AKRON, OH 44309-3622


FORTE TRANS. LOGISTICS CORP.
301 54TH AVENUE E.
STE 200
FIFE, WA 98424


FRIENDS BUSINESS SOURCE
P.O. BOX 1645
FINDLAY, OH 45839-1645


G.E. RICHARDS GRAPHIC SUPPLIES
P.O. BOX 339
LANDISVILLE, PA 17538-0339


GAMMERLER CORPORATION
ATTN: SHERRY LUNDGREN
431 LAKEVIEW CT, STE B
MT PROSPECT, IL 60056


GE CAPITAL INFORMATION TECHNOLOGY
ATTN: KEITH H SALMON
PO BOX 538193
ATLANTA, GA 30353-6732


GENERAL TRUCK LEASING, LLC
4300 N. BROADWAY
MUNCIE, IN 47303
```

GORSKI, LEONARD
4290 LEWIS AVE., APT. 5
TOLEDO, OH 43612


GOSS GRAPHIC SYSTEMS, INC.
P.O. BOX 535055
ATLANTA, GA 30353-5055


GOULD PAPER CORPORATION
99 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10016


GRAPHIC INNOVATORS INC.
33694 TREASURY CENTER
CHICAGO, IL 60694-3600


GRIFFIN BRANDS LLC
P.O. BOX 2
PERRYSBURG, OH 43552


GUARDIAN
P.O. BOX 677458
DALLAS, TX 75267-7458


GUARDIAN ALARM
PO BOX 5038
SOUTHFIELD, MI 48086-5038


HAR ADHESIVE TECHNOLOGIES
60 SOUTH PARK
BEDFORD, OH 44146


HARRIS, TOM
3637 ALMEDA
TOLEDO, OH 43612


HARTE-HANKS LOGISTICS, LLC
P.O. BOX 944688
DALLAS, TX 75391-1688


HAYES GRINDING
1986 FRANKLIN STREET
DETROIT, MI 48207-4076

HOCKLEY MECHANICAL SERVICES, INC.
2655 SNOWBIRD LANE
NAPERVILLE, IL 60564


HORIZON GRAPHICS
3131 BURN BRAE DRIVE
DRESHER, PA 19025


INTEGRATED WEB FINISHING SYSTEMS
175 BODWELL ST.
AVON, MA 02322-1122


J & K INVESTMENTS
ATTN: JEFF ZIEGLER
3185 DEER CREEK
LAMBERTVILLE, MI 48144


J BIRKET, INC.
2780 CANOE BRANCH ROAD
LEBANON, TN 37087


J.A.S. GRAPHICS, INC.
5870 ELMWOOD AVENUE
INDIANAPOLIS, IN 46203


JOHN ARCHER, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 E. NINTH STREET
CLEVELAND, OH 44114-1793


JOHNSTON LITHOGRAPH
DRAWER #2012
P.O. BOX 5935
TROY, MI 48007-5935


KATHERINE A PAWLAK, ESQ.
300 INNS OF COURT BUILDING
405 N. HURON STREET
TOLEDO, OH 43604


KELLY SERVICES
P.O. BOX 820405
PHILADELPHIA, PA 19182-0405

KELTEC
1330 RIVER HILLS RD.
STEPHENVILLE, TX 76401


KERR PUMP & SUPPLY
DRAWER 64185
DETROIT, MI 48264


LAGRANGE PRINT GROUP LLC
4611 NORTH RIDGE CIRCLE
CRESTWOOD, KY 40014


LAIBE ELECTRIC CO.
404 N. BYRNE ROAD
TOLEDO, OH 43607-2609


LAY'S TRANSMISSION CO
378 PHILLIPS AVENUE
TOLEDO, OH 43612


LIBERTY PAPER SALES, LLC
PO BOX 485
NEENAH, WI 54957-0485


LYDEN OIL COMPANY
30692 TRACY RD.
WALBRIDGE, OH 43465


M & M HEATING & COOLING
1515 WASHINGTON ST.
TOLEDO, OH 43624


MAIL WORKS II LLC
2 N. WESTWOOD
TOLEDO, OH 43607


McHUGH & McCARTHY, LTD.
5580 MONROE ST.
SYLVANIA, OH 43560


McNAUGHTON-McKAY ELECTRIC CO.
355 TOMAHAWK DRIVE
MAUMEE, OH 43537

MEGTEC SYSTEMS INC
LOCKBOX 778454
8454 SOLUTION CENTER
CHICAGO, IL 60677-8004


MOTION INDUSTRIES, INC.
P.O. BOX 504606
ST LOUIS, MO 63150-4606


MR. LIGHTBULB
1102 MONROE ST.
P.O. BOX 587
TOLEDO, OH 43697-0587


NEWARK
PO BOX 94151
PALATINE, IL 60094-4151


NFOCUS CONSULTING, INC.
1594 HUBBARD DRIVE
LANCASTER, OH 43130-8124


NORTHLAKE BUSINESS FORMS
252 GLENVALE RD.
YOUNGSTOWN, NY 14174


NORTHWEST OHIO URGENT CARE
1155 E. ALEXIS RD.
TOLEDO, OH 43612


NORTHWEST TRAILER SALES & SERVICE INC.
PO BOX 6977 WT
TOLEDO, OH 43612


NTA GRAPHICS SOUTH
501 REPUBLIC CIRCLE
BIRMINGHAM, AL 35214


OCCU HEALTH
ATTN: PHYSICIAN BILLING OFFICE
P.O. BOX 548
ADRIAN, MI 49221

```
OHIO ADDRESSING MACHINE CO.
3040 PROSPECT AVE.
CLEVELAND, OH 44115-2684


OHIO DEPARTMENT OF TAXATION
COMMERCIAL ACTIVITY TAX DIVISION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS, OH 43229


OHIO DEPARTMENT OF TAXATION
SALES TAX DIVISION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS, OH 43229


PA INK
#280
60 INDUSTRIAL PARKWAY
CHEEKTOWAGA, NY 14227


PACKLINE CO.
1675 FRITZ DR.
TRENTON, MI 48183-2100


PENSION INNOVATIONS & CONSULTING
7558 KINGS POINTE ROAD
TOLEDO, OH 43617


PHILLIPS, TOM
5242 ENGLE BLVD.
TOLEDO, OH 43611


PIETROWSKI, DAVE
42324 OLD BRIDGE ROAD
CANTON, MI 48188


PNC BANK
NATIONAL CITY BANK
P.O. BOX 856177
LOUISVILLE, KY 40285-6177


PNC BANK, NA
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 489909
CHARLOTTE, NC 28269-5329
```

```
PRESS-TEK
55 EXECUTIVE DRIVE
HUDSON, NH 03051


PRINT MANAGEMENT
999 VANDERBILT BEACH RD
SUITE 200
NAPLES, FL 34108


PRIORITY LOGISTIC SERVICES, INC.
ATTN: JAN DUCAJ
P.O. BOX 1745
SPRING HILL, TN 37174


PROFESSIONAL HEARING CARE
716 W MARKET ST
TIFFIN, OH 44883


QUALITY INN & SUITES
445 E. ALEXIS ROAD
TOLEDO, OH 43612


REBECCA E. SHOPE, ESQ.
SHUMAKER LOOP & KENDRICK, LLP
1000 JACKSON ST.
TOLEDO, OH 43624


ROMANOFF
5570 ENTERPRISE BLVD
TOLEDO, OH 43612


RYDER LEASING SYSTEM
P.O. BOX 96723
CHICAGO, IL 60693


SAFETY COUNCIL OF NW OHIO
8015 RINKER POINTE COURT
NORTHWOOD, OH 43619


SCALE-TECH, LTD
5601 ENTERPRISE BLVD.
TOLEDO, OH 43612
```

SCOTT'S COMMERCIAL TRUCK SERVICES
5930 BENORE
TOLEDO, OH 43612


SCREEN USA
PO BOX 3235
CHURCH STREET STATION
NEW YORK, NY 10008-3235


SHAFFER, GAIL
3693 YANKEE
JASPER, MI 49248


SHEAKLEY UNISERVICE, INC
P.O. BOX 465603
CINCINNATI, OH 45246


SHRADER TIRE & OIL
P.O. BOX 5407
TOLEDO, OH 43613


SMITH PRESSROOM PRODUCTS INC
9215 BOND ST.
OVERLAND PARK, KS 66214


SMITH, ROXANNE M.
5958 MERLE ST.
TOLEDO, OH 43623


SOUTHERN LITHOPLATE INC
ATTN: BEVERLY
P.O. BOX 741887
ATLANTA, GA 30374-1887


SPIES, STEVE
14401 BROOK FOREST PLACE
LOUISVILLE, KY 40245


SUNBEAM PRODUCTS CO., LLC
P.O. BOX 8097-A
TOLEDO, OH 43605


SUPERIOR PACKAGING OF TOLEDO LLC
2970 AIRPORT HWY.
TOLEDO, OH 43609

SYSTEM CLEAN, INC.
50602 N. MICHIGAN ST..
SOUTH BEND, IN 46637-1532


T & S EQUIPMENT
P.O. BOX 496
ANGOLA, IN 46703-0496


TERPCO IND. PRODUCTS
99 16TH STREET, SW
Barberton, OH 44203


TERRY J. KAPER, SPECIAL COUNSEL
BARBER, KAPER, STAMM, ROBINSON
P.O. BOX 531
WAUSEON, OH 43567


THE SEATTLE TIMES
P. O. BOX C34805
SEATTLE, WA 98124


TOLEDO BLADE COMPANY
P.O. BOX 921
TOLEDO, OH 43697


TOLEDO EDISON
P.O. BOX 3638
AKRON, OH 44309-3638


TOLEDO SAW & KNIFE CO., LLC
632 STERLING STREET
TOLEDO, OH 43609


TOMLIN EQUIPMENT CO.
242 POPLAR STREET
P.O. BOX 8053
TOLEDO, OH 43605


TORO, ANDRES
1929 IVERSON LANE
WAXHAW, NC 28173

TRANSTAR ELECTRIC
767 WAREHOUSE RD.
SUITE C
TOLEDO, OH 43615


TREMONTI, GREGORY A.
500 RIVERSIDE DRIVE
ROSSFORD, OH 43460


TRI-STATE EXPEDITED SERVICE, INC
P.O. BOX 307
PERRYSBURG, OH 43552


TRIAD TECHNOLOGIES
245 W. ALEXIS ROAD
TOLEDO, OH 43612


TRY HOURS, INC
PO BOX 8809
MAUMEE, OH 43537


U S DISBURSING OFFICER
C/O JULIE HAMMOND
DISTRICT TORT CLAIMS COORD.
2200 ORANGE AVE., RM. 212
CLEVELAND, OH 44101-9331


UNITED PARCEL SERVICE
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UPDATE
134 PEAVEY CIRCLE
CHASKE, MN 55318


WASTE MANAGEMENT OF OHIO
P.O. BOX 4648
CAROL STREAM, IL 60197-4648


WELCH PACKAGING DETROIT, INC.
24775 NETWORK PLACE
CHICAGO, IL 60673-1247

```
WHELCO INDUSTRIAL
28210 CEDAR PARK BLVD.
PERRYSBURG, OH 43551


WILLIAMSON CORPORATION
70 DOMINO DRIVE
CONCORD, MA 01742


XPO LOGISTICS
27724 NETWORK PLACE
CHICAGO, IL 60673-1277


YUSEN LOGISTICS
DEPT. AT 952154
ATLANTA, GA 31192-2154
```

# United States Bankruptcy Court
## Northern District of Ohio

In re    North Toledo Graphics, LLC           Case No. _____

                    Debtor(s)      Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   North Toledo Graphics, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 13, 2015
_____
Date

/s/ Leon N. Mayer
_____
Leon N. Mayer (P54290)
Signature of Attorney or Litigant
Counsel for   North Toledo Graphics, LLC
Schafer and Weiner, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
lnmayer@schaferandweiner.com

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy